**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Elias Clint Thompson, Defendant. | Case No.  CR13-08200-00-PCT-NVW<br><br>TEMPORARY DETENTION ORDER FOR INTAKE ASSESSMENT |

Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a detention hearing was held. Upon recommendation of Pretrial Services, the defendant is ordered detained pending an intake assessment for placement at Recovery Homes Incorporated in Phoenix, Arizona or other facility as designated by Pretrial Services. Should defendant qualify for such placement, defendant shall be released upon conditions set by this Court, including pretrial residency at said facility, as conditions do exist which would reasonably assure the safety of others and the appearance of the defendant.  Should defendant not so qualify, the release conditions set by this Court shall be vacated and defendant shall be detained pending trial as there are no conditions or combination of conditions which would reasonably assure the safety of others or the appearance of the defendant.

The Pretrial Services Officer is ordered to timely notify this Court of the defendant's intake assessment results, and if found acceptable, the date and time the facility will provide transportation from the Sandra Day O'Connor Courthouse for defendant.

DATED this 4th day of June, 2014.

_____
Mark E. Aspey
United States Magistrate Judge